UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                         )<br>                                                            )<br>JACK T. CAMP                                 )<br>                                                            )<br>    Defendant.                                     )<br>_____) | 1:10-MJ-1415 (TFH) |

## GOVERNMENT'S MOTION FOR A PROTECTIVE ORDER

The United States of America, through its undersigned counsel and, with the consent of the above-captioned defendant, Jack T. Camp, hereby moves the Court pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure for a protective order that limits the defendant's use and dissemination of information to be provided in discovery[1].

Specifically, the Government requests an order directing that no documents, files, records, photographs, audio or video recordings or other information or copies of the same, provided in discovery be disseminated by the defendant or his counsel to any individuals, organizations or other entities, other than: (a) members of the defense team (the defendant, defense counsel, paralegals, secretarial staff, and investigators) and (b) experts and consultants retained to assist in the preparation of the defense.

The Government further requests that the Court's order permit the defendant, his counsel, and any investigator to show but not provide copies of these protected materials to lay witnesses

---

[1] The parties intend that the term "discovery" includes all materials provided by the government to the defendant, at all stages of the criminal proceedings, including but not limited to Brady and Giglio material, Rule 16 of the Federal Rules of Evidence discovery, and Jencks Act material.

1

if it is determined that it is necessary to do so for the purpose of preparing the defense of the case.

The Court has the authority to protect against unnecessary and/or improper dissemination of the information at issue in this case: "At any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." Fed.R.Crim.P. 16(d)(1). Courts "can and should, where appropriate, place a defendant and his counsel under enforceable orders against unwarranted disclosure of the materials which they may be entitled to inspect." Alderman v. United States, 394 U.S. 165, 185 (1969) (citing prior version of Fed.R.Crim.P. 16(d)).

The proposed Rule 16(d) protective order, filed with this motion, balances the defendant's need for access to and use of all discoverable information with the rights of individuals whose private information is contained therein. Further, as this involves a criminal investigation, there are aspects of the case that properly remain confidential. The government submits that there exists a substantial likelihood that the public disclosure of certain information contained in the discovery materials could pose a threat to the safety of certain individuals, lead to the destruction of evidence, improperly influence potential witnesses and jurors, and otherwise compromise this criminal investigation. The defendant does not oppose this motion.


WHEREFORE, the Government respectfully requests that the Court issue a protective order governing the use and dissemination of materials provided in discovery.

Respectfully submitted,

JACK SMITH
Chief
Public Integrity Section

By: *Deborah Sue Mayer* (signature)
Deborah Sue Mayer
Tracee Joy Plowell
Trial Attorneys
United States Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave., NW, 12th Floor
Washington, DC 20005
(202) 514-1412


## CERTIFICATE OF SERVICE

I hereby certify that on the 14th of October, 2010, I electronically filed the foregoing Motion For Protective Order with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys who are known to represent the defendant.

*Deborah Sue Mayer*
Deborah Sue Mayer
Trial Attorney
United States Department of Justice
Criminal Division
Public Integrity Section
1400 New York Ave., NW, 12th Floor
Washington, DC 20005
(202) 514-1412